## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 08-840 AG (RZx) | Date | August 6, 2008 |
|---|---|---|---|
| Title | TRANSCOMP SYSTEMS, INC. v. P.C. SCALE, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 29, 2008 Defendants P.C. Scale, Inc. and Donald Tefft filed a Notice of Removal of Action, claiming removal is proper because "[c]omplete diversity of citizenship exists." The notice of removal is deficient in this regard because it sets forth only the residence, rather than the citizenship, of Defendant Donald Tefft. 28 U.S.C. § 1332(a); *see Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) ("A person residing in a given state is not necessarily domiciled there, and thus is not necessarily a citizen of that state.").

The Court ORDERS Defendant to show cause in writing, by August 18, 2008, why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff may submit a response no later than August 25, 2008, but is not ordered to do so. An amended Notice correcting the deficiencies will be deemed a sufficient response to this Order.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |