JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TRANSCOMP SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>P. C. SCALE, INC., A Pennsylvania corporation; Donald P. Tefft, an individual; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. SACV08-00840 AG (RZx)<br><br>~~[PROPOSED]~~ JUDGMENT |

The court, having issued its Findings of Fact and Conclusions of Law after court trial herein, finding that judgment should enter in favor of plaintiff and counterdefendant TransComp Systems, Inc. and against defendants and counterclaimants P.C. Scale, Inc. and Donald P. Tefft, and good cause appearing therefore,

///

LAW OFFICES OF
JULIAN A. POLLOK
A Professional Corp.
GLENDALE, CA

[Proposed] Judgment 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff TransComp Systems, Inc. shall have and recover from defendants P.C. Scale, Inc. and Donald P. Tefft, jointly and severally,

1. The principal sum of $313,665.00, plus interest thereon from ~~July 15~~ June 1, 2008 to the date of this judgment at the rate of 8.25% per annum, in the sum of $ 63,877.94 (not including attorneys' fees);

2. For costs incurred herein in the sum of ~~$1,352.10, and~~ $ _____;

3. For attorneys' fees in the sum of $ 0 (ZERO) ; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants and counterclaimants P.C. Scale, Inc. and Donald P. Tefft are denied all relief sought on their counterclaim.

DATED: NOV 18, 2010

_____
ANDREW J. GUILFORD
United States District Judge

LAW OFFICES OF
JULIAN A. POLLOK
A Professional Corp.
GLENDALE, CA

[Proposed] Judgment                    2